| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CHILDS, GARY ARTHUR** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**CHILDS, MARETA JOAN** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA TLC COMMUNICATIONS, INC.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA GARDEN OF EDEN HEALING LLC; FDBA MARETA'S ESSENTIALS; DBA GARDEN OF EDEN** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2148** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1557** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5772 CAMINO DEL SOL**<br>**Tucson, AZ**<br><div align="right">ZIP Code **85718**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5772 CAMINO DEL SOL**<br>**Tucson, AZ**<br><div align="right">ZIP Code **85718**</div> |
| County of Residence or of the Principal Place of Business:<br>**Pima** | County of Residence or of the Principal Place of Business:<br>**Pima** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CHILDS, GARY ARTHUR** <br> **CHILDS, MARETA JOAN** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X  /s/ Ross Meiners**          **March 16, 2015** <br> Signature of Attorney for Debtor(s)      (Date) <br> **Ross Meiners** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____

          (Name of landlord that obtained judgment)

          _____

          (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**CHILDS, GARY ARTHUR**
**CHILDS, MARETA JOAN**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ GARY ARTHUR CHILDS**
Signature of Debtor **GARY ARTHUR CHILDS**

X **/s/ MARETA JOAN CHILDS**
Signature of Joint Debtor **MARETA JOAN CHILDS**

Telephone Number (If not represented by attorney)

**March 16, 2015**
Date

### Signature of Attorney*

X **/s/ Ross Meiners**
Signature of Attorney for Debtor(s)

**Ross Meiners 26064**
Printed Name of Attorney for Debtor(s)

**Meiners Law Office, PLC**
Firm Name
**2 E. Congress St.**
**Suite 900**
**Tucson, AZ 85701**
Address

**Email: ross@meinerslaw.com**
**520-777-2198  Fax: 520-202-7317**
Telephone Number

**March 16, 2015**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Arizona

In re  **GARY ARTHUR CHILDS**
       **MARETA JOAN CHILDS**

Case No. _____

                    Debtor(s)        Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ GARY ARTHUR CHILDS**
                             **GARY ARTHUR CHILDS**

Date:     **March 16, 2015**

Certificate Number: 15725-AZ-CC-025047498



15725-AZ-CC-025047498

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 18, 2015</u>, at <u>12:29</u> o'clock <u>PM EST</u>, <u>Gary Childs</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>February 20, 2015</u>          By:     <u>/s/Karis Corea</u>

                                          Name: <u>Karis Corea</u>

                                          Title:  <u>Issuer</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Arizona

In re    **GARY ARTHUR CHILDS**
       **MARETA JOAN CHILDS**

               Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ MARETA JOAN CHILDS**

                                    **MARETA JOAN CHILDS**

Date:    **March 16, 2015**



# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 18, 2015</u>, at <u>12:29</u> o'clock <u>PM EST</u>, <u>Mareta Childs</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>February 20, 2015</u>          By:     <u>/s/Karis Corea</u>

                                        Name:   <u>Karis Corea</u>

                                        Title:  <u>Issuer</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## District of Arizona

In re    **GARY ARTHUR CHILDS,**
         **MARETA JOAN CHILDS**

Case No. _____

                                     Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 325,001.00 | | |
| B - Personal Property | Yes | 5 | 54,492.04 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 527,702.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 1,343,006.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 8 | | | 4,215.17 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,542.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 379,493.04 | | |
| Total Liabilities | | | | 1,870,708.66 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court

## District of Arizona

In re    **GARY ARTHUR CHILDS,**                   Case No. _____

           **MARETA JOAN CHILDS**

                                              Debtors         Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    **GARY ARTHUR CHILDS,**                Case No. _____
       **MARETA JOAN CHILDS**

                                       Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **HOUSE LOCATED AT 1828 S DEERHEAD PLACE, TUCSON AZ 85748** **PROPERTY TO BE SURRENDERED** | **FEE SIMPLE** | **C** | **325,000.00** | **499,064.00** |
| **DIAMOND RESORTS (ILX) TIMESHARE** **PROPERTY TO BE SURRENDERED** | | **C** | **1.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | 325,001.00 | (Total of this page) |
| Total > | 325,001.00 | |

      (Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

In re    **GARY ARTHUR CHILDS,**                                       Case No. _____

        **MARETA JOAN CHILDS**

                                          Debtors           ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **CASH ON HAND** | C | 80.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **VANTAGE WEST SAVINGS ACCT #3087** | C | 5.00 |
| | | **VANTAGE WEST CHECKING ACCT #3087** | C | 33.32 |
| | | **VANTAGE WEST CHECKING ACCT #9719** | C | 427.65 |
| | | **VANTAGE WEST CHECKING ACCT #3079** | C | 20.00 |
| | | **VANTAGE WEST SAVINGS ACCT #3079** | C | 5.00 |
| | | **WELLS FARGO CHECKING ACCT #9304** | C | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **KELLER WILLIAMS RESIDENTIAL SECURITY DEPOSIT** | C | 1,550.00 |
| | | **TUCSON ELECTRIC POWER DEPOSIT** | C | 35.00 |
| | | **CITY OF TUCSON WATER DEPOSIT** | C | 35.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **DINING ROOM TABLE AND CHAIRS ($300), LIVING ROOM COUCH ($200), END TABLES ($20), LAMPS ($100), BEDS ($350), BEDDING ($50), BEDSIDE TABLES/DRESSERS ($150), TELEVISIONS ($750), MICROWAVE ($40), REFRIGERATOR ($100), DISHES AND SILVERWARE ($150), KITCHEN UTENSILS AND COOKWARE ($100), PERSONAL COMPUTER/PRINTER ($200), CHINA CABINET ($200), CELL PHONES ($75), ART PRINTS ($100), HAND TOOLS ($25), BBQ & TABLE ($125), DIGITAL CAMERA ($100)** | C | 3,135.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **CLOTHING** | C | 500.00 |
| | | | Sub-Total > (Total of this page) | 5,825.97 |

____4____  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

In re   **GARY ARTHUR CHILDS,**
      **MARETA JOAN CHILDS**

Case No. _____

,

          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **WEDDING RINGS** | **C** | **600.00** |
| | | **WATCHES** | **C** | **150.00** |
| | | **EARRINGS ($100), NECKLACES ($100), BRACELETS ($100), COSTUME JEWELRY ($50)** | **C** | **350.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **2 PISTOLS** | **C** | **400.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **HUSBAND'S FARMERS TERM LIFE INSURANCE NO CASH SURRENDER VALUE** | **C** | **0.00** |
| | | **WIFE'S NORTH AMERICAN TERM LIFE INSURANCE POLICY NO CASH SURRENDER VALUE** | **C** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **WESTERN RESERVE LIFE ASSURANCE CO. VARIABLE LIFE INSURANCE RETIREMENT ANNUITY. ANNUITY PURCHASED OVER 2 YEARS AGO FROM DATE OF FILING.** | **C** | **2,839.91** |
| | | **EDWARD JONES IRA ACCT #1617** | **C** | **2,647.16** |
| | | **EDWARD JONES SEP IRA #5719** | **C** | **12,264.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **WIFE 100% MEMBER OF GARDEN OF EDEN HEALING LLC, DBA GARDEN OF EDEN, A SKIN AND HAIRDRESSING BUSINESS. DEBTOR RENTS SPACE AND DOES HAIR STYLING.** | **C** | **0.00** |

Sub-Total >     **19,251.07**
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Case 4:15-bk-02793-BMW   Doc 1   Filed 03/17/15   Entered 03/17/15 08:28:39   Desc
Main Document      Page 14 of 90

Best Case Bankruptcy

In re   **GARY ARTHUR CHILDS,**
        **MARETA JOAN CHILDS**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | DEBTORS 100% SHAREHOLDERS OF TLC COMMUNICATIONS, INC.  BUSINESS HAS OPERATED AT A MAJOR LOSS IN PAST FEW YEARS AND SHUT DOWN SEPTEMBER 2014 AND SOLD OF ITS REMAINING BUSINESS EQUIPMENT ($29,400) AND CORPORATE TRUCKS ($13,800) FROM SEPT-DEC 2014 AND GAVE THAT MONEY TO CREDITORS.  BUSINESS HAS ONE PENDING, REMAINING ACCOUNTS PAYABLE WITH CONTRACTOR CANYON CONSULTING OF APPROXIMATELY $306,950.  BUSINESS ALSO HAS APPROXIMATELY $8,000 IN PAST 90 DAYS DUE ACCOUNTS RECEIVABLES IT HAS TRIED TO COLLECT ON BUT BEEN UNABLE TO DO SO.  BUSINESS HAS NUMEROUS UCC LIENHOLDER CREDITORS. | C | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Case 4:15-bk-02793-BMW   Doc 1   Filed 03/17/15   Entered 03/17/15 08:28:39   Desc
Main Document      Page 15 of 90

In re     **GARY ARTHUR CHILDS,**                                         Case No. _____
          **MARETA JOAN CHILDS**
                                                                ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **WIFE'S SALON AND PERSONAL COSMETOLOGY LICENSE WITH STATE OF ARIZONA** | C | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 FORD F150 MILEAGE: 160,000** | C | 3,000.00 |
| | | **2013 NISSAN MURANO MILEAGE: 29,000** | C | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **WIFE'S HAIRDRESSING EQUIPMENT: 4 ROLLABOUTS ($100), 4 STYLING CHAIRS ($200), SCISSORS ($25), MASSAGE TABLE ($50), COMBS AND BLOW DRYER ($40), RETAIL HAIR STYLING PRODUCTS ($500), HAIR COLOR ($300), WASHER DRYER ($150)** | C | 1,365.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 DOGS** | C | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

| | Sub-Total > | 29,415.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re  **GARY ARTHUR CHILDS,**                                    Case No. _____
       **MARETA JOAN CHILDS**
                                            _____,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 54,492.04 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property                        (Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    **GARY ARTHUR CHILDS,**
       **MARETA JOAN CHILDS**
                 Debtors

Case No. _____

,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter
with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **VANTAGE WEST SAVINGS ACCT #3087** | Ariz. Rev. Stat. § 33-1126(A)(9) | 5.00 | 5.00 |
| **VANTAGE WEST CHECKING ACCT #3087** | Ariz. Rev. Stat. § 33-1126(A)(9) | 33.32 | 33.32 |
| **VANTAGE WEST CHECKING ACCT #9719** | Ariz. Rev. Stat. § 33-1126(A)(9) | 427.65 | 427.65 |
| **VANTAGE WEST CHECKING ACCT #3079** | Ariz. Rev. Stat. § 33-1126(A)(9) | 20.00 | 20.00 |
| **VANTAGE WEST SAVINGS ACCT #3079** | Ariz. Rev. Stat. § 33-1126(A)(9) | 5.00 | 5.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **KELLER WILLIAMS RESIDENTIAL SECURITY DEPOSIT** | Ariz. Rev. Stat. § 33-1126(C) | 1,550.00 | 1,550.00 |
| **TUCSON ELECTRIC POWER DEPOSIT** | Ariz. Rev. Stat. § 33-1126(C) | 35.00 | 35.00 |
| **CITY OF TUCSON WATER DEPOSIT** | Ariz. Rev. Stat. § 33-1126(C) | 35.00 | 35.00 |
| **Household Goods and Furnishings** | | | |
| **DINING ROOM TABLE AND CHAIRS ($300), LIVING ROOM COUCH ($200), END TABLES ($20), LAMPS ($100), BEDS ($350), BEDDING ($50), BEDSIDE TABLES/DRESSERS ($150), TELEVISIONS ($750), MICROWAVE ($40), REFRIGERATOR ($100), DISHES AND SILVERWARE ($150), KITCHEN UTENSILS AND COOKWARE ($100), PERSONAL COMPUTER/PRINTER ($200), CHINA CABINET ($200), CELL PHONES ($75), ART PRINTS ($100), HAND TOOLS ($25), BBQ & TABLE ($125), DIGITAL CAMERA ($100)** | Ariz. Rev. Stat. § 33-1123 | 3,135.00 | 3,135.00 |
| **Wearing Apparel** | | | |
| **CLOTHING** | Ariz. Rev. Stat. § 33-1125(1) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **WEDDING RINGS** | Ariz. Rev. Stat. § 33-1125(4) | 600.00 | 600.00 |
| **WATCHES** | Ariz. Rev. Stat. § 33-1125(6) | 150.00 | 150.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **2 PISTOLS** | Ariz. Rev. Stat. § 33-1125(7) | 400.00 | 400.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **WESTERN RESERVE LIFE ASSURANCE CO. VARIABLE LIFE INSURANCE RETIREMENT ANNUITY. ANNUITY PURCHASED OVER 2 YEARS AGO FROM DATE OF FILING.** | Ariz. Rev. Stat. § 33-1126(A)(7) | 100% | 2,839.91 |
| **EDWARD JONES IRA ACCT #1617** | Ariz. Rev. Stat. § 33-1126(B) | 100% | 2,647.16 |

__1__   continuation sheets attached to Schedule of Property Claimed as Exempt

In re  **GARY ARTHUR CHILDS,**
**MARETA JOAN CHILDS**

Case No. _____

,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **EDWARD JONES SEP IRA #5719** | **Ariz. Rev. Stat. § 33-1126(B)** | **100%** | **12,264.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 FORD F150**<br>**MILEAGE: 160,000** | **Ariz. Rev. Stat. § 33-1125(8)** | **6,000.00** | **3,000.00** |
| **2013 NISSAN MURANO**<br>**MILEAGE: 29,000** | **Ariz. Rev. Stat. § 33-1125(8)** | **6,000.00** | **25,000.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **WIFE'S HAIRDRESSING EQUIPMENT: 4 ROLLABOUTS ($100), 4 STYLING CHAIRS ($200), SCISSORS ($25), MASSAGE TABLE ($50), COMBS AND BLOW DRYER ($40), RETAIL HAIR STYLING PRODUCTS ($500), HAIR COLOR ($300), WASHER DRYER ($150)** | **Ariz. Rev. Stat. § 33-1130(1)** | **1,365.00** | **1,365.00** |
| **Animals** | | | |
| **2 DOGS** | **Ariz. Rev. Stat. § 33-1125(3)** | **50.00** | **50.00** |

| | Total: | 38,062.04 | 54,062.04 |
|---|---|---|---|

Sheet  1  of  1  continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    **GARY ARTHUR CHILDS,**          Case No. _____
         **MARETA JOAN CHILDS**

                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx3824** | | | 9/2005 | | | | | |
| **Bayview Financial Loan** **Bankruptcy Dept** **4425 Ponce De Leon Blvd 5th Fl** **Miami, FL 33146** | | C | **1ST DEED OF TRUST** **HOUSE LOCATED AT 1828 S DEERHEAD PLACE, TUCSON AZ 85748** **PROPERTY TO BE SURRENDERED** | | | | | |
| | | | Value $             325,000.00 | | | | 347,846.00 | 22,846.00 |
| Account No. **xxxxxxx2932** | | | 9/2005 | | | | | |
| **Chase Mtg** **Po Box 24696** **Columbus, OH 43224** | | C | **2ND DEED OF TRUST** **HOUSE LOCATED AT 1828 S DEERHEAD PLACE, TUCSON AZ 85748** **PROPERTY TO BE SURRENDERED** | | | | | |
| | | | Value $             325,000.00 | | | | 151,218.00 | 151,218.00 |
| Account No. **xxxxxxxxxx0001** | | | 8/2013 | | | | | |
| **Nissan Motor Acceptance** **Pob 660366** **Dallas, TX 75266** | | W | **PURCHASE MONEY SECURITY INTEREST** **2013 NISSAN MURANO** **MILEAGE: 29,000** | | | | | |
| | | | Value $             25,000.00 | | | | 28,638.00 | 3,638.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 527,702.00 | 177,702.00 |
| Total (Report on Summary of Schedules) | 527,702.00 | 177,702.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

.

In re    **GARY ARTHUR CHILDS,**                                    Case No. _____
             **MARETA JOAN CHILDS**

_____ ,
                             Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re   **GARY ARTHUR CHILDS,**
       **MARETA JOAN CHILDS**

Case No. _____

_____,
               Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | | | |
| **ARIZONA DEPARTMENT OF REVENUE PO BOX 29070 Phoenix, AZ 85038** | C | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | NOTICE ONLY | | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | C | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re  **GARY ARTHUR CHILDS,**   Case No. _____
     **MARETA JOAN CHILDS**

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x4467** | | | | | 2013 BUSINESS DEBT | | | | |
| **ADI** PO BOX 731340 Dallas, TX 75373 | | | | C | | | | | 5,274.16 |
| Account No. | | | | | 2014 BUSINESS DEBT | | | | |
| **ADVANCED LOCK** 1110 W PRINCE RD Tucson, AZ 85705 | | | | C | | | | | 318.10 |
| Account No. | | | | | 2014 BUSINESS DEBT | | | | |
| **AIR MANAGEMENT** 5649 E ROSEWOOD ST Tucson, AZ 85711 | | | | C | | | | | 126.79 |
| Account No. | | | | | 2013 BUSINESS DEBT | | | | |
| **ALMO PROFESSIONAL A/V LLC** PO BOX 347761 Pittsburgh, PA 15251 | | | | C | | | | | 2,536.66 |

_**22**_  continuation sheets attached

                                               Subtotal         | 8,255.71
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

S/N:42247-150218    Best Case Bankruptcy

In re   **GARY ARTHUR CHILDS,**
      **MARETA JOAN CHILDS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx0343**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | H | **1/2001**<br>**CREDIT CARD/LAWSUIT** | | | | **44,572.00** |
| Account No. **C20144647**<br><br>**ZWICKER & ASSOCIATES**<br>**1225 W WASHINGTON ST, STE 110**<br>**Tempe, AZ 85281** | | | **Representing:**<br>**American Express** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx8993**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | H | **2013**<br>**CREDIT CARD** | | | | **35,611.00** |
| Account No.<br><br>**AMEX**<br>**PO BOX 981540**<br>**El Paso, TX 79998-1540** | | | **Representing:**<br>**American Express** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx4983**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | H | **3/2001**<br>**CREDIT CARD/LAWSUIT** | | | | **5,782.00** |

Sheet no. __1___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**85,965.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **GARY ARTHUR CHILDS,**          Case No. _____
      **MARETA JOAN CHILDS**

<div align="center">Debtors</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **ZWICKER & ASSOCIATES** <br> **1225 W WASHINGTON ST, STE 110** <br> **Tempe, AZ 85281** | | | | | Representing: <br> **American Express** | | | | **Notice Only** |
| Account No. <br><br> **AMERICAN MESSAGING** <br> **PO BOX 5719** <br> **Carol Stream, IL 60197-5479** | C | | | | **2014** <br> **BUSINESS DEBT** | | | | **169.24** |
| Account No. <br><br> **CONVERGENT OUTSOURCING** <br> **PO BOX 9004** <br> **Renton, WA 98057-9004** | | | | | Representing: <br> **AMERICAN MESSAGING** | | | | **Notice Only** |
| Account No. **xx8004** <br><br> **ANIXTER** <br> **PO BOX 847428** <br> **Dallas, TX 75284-7428** | C | | | | **2012** <br> **BUSINESS DEBT** | | | | **76,849.59** |
| Account No. <br><br> **COMMERICAL COLLECTION CORP** <br> **OF NY** <br> **34 Seymour Street** <br> **Tonawanda, NY 14150** | | | | | Representing: <br> **ANIXTER** | | | | **Notice Only** |

Sheet no. \_\_**2**\_\_ of \_**22**\_ sheets attached to Schedule of       Subtotal         | **77,018.83**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

In re    **GARY ARTHUR CHILDS,**                    Case No. _____
       **MARETA JOAN CHILDS**

                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ARIZONA DEPARTMENT OF TRANSPORTATION MVD 4005 N 51ST AVE Phoenix, AZ 85031** | C | | **2014 BUSINESS DEBT** | | | | 238.94 |
| Account No. **5420** <br><br>**ARIZONA ELECTRIC SUPPLY 3310 E GAS ROAD STE 100 Tucson, AZ 85714** | C | | **2013 BUSINESS DEBT** | | | | 699.06 |
| Account No. **xxxxxxxxxx0573** <br><br>**Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899** | | H | **1/2009 CREDIT CARD** | | | | 30,499.00 |
| Account No. <br><br>**ENHANCED RECOVERY COMPANY LLC PO BOX 23870 Jacksonville, FL 32241-3870** | | | **Representing: Barclays Bank Delaware** | | | | Notice Only |
| Account No. <br><br>**NORTHSTAR LOCATION SERVICES, LLC ATTN: FINANCIAL SERVICES DEPT 4285 GENESSSE ST Buffalo, NY 14225-1943** | | | **Representing: Barclays Bank Delaware** | | | | Notice Only |

Sheet no. __3__ of __22__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)      **31,437.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re   **GARY ARTHUR CHILDS,**                                 Case No. _____

        **MARETA JOAN CHILDS**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0557**<br><br>**Barclays Bank Delaware**<br>**Attn: Bankruptcy**<br>**P.O. Box 8801**<br>**Wilmington, DE 19899** | | W | **1/2009**<br>**CREDIT CARD** | | | | **16,707.00** |
| Account No.<br><br>**CAPITAL MANAGEMENT SERVICES**<br>**698 1/2 S. OGDEN ST**<br>**Buffalo, NY 14206** | | | Representing:<br>**Barclays Bank Delaware** | | | | **Notice Only** |
| Account No.<br><br>**NORTHSTAR LOCATION SERVICES, LLC**<br>**ATTN: FINANCIAL SERVICES DEPT**<br>**4285 GENESSSE ST**<br>**Buffalo, NY 14225-1943** | | | Representing:<br>**Barclays Bank Delaware** | | | | **Notice Only** |
| Account No. **0611**<br><br>**BERKSHIRE HATHAWAY INTERGUARD INSURANCE**<br>**PO BOX 785570**<br>**Philadelphia, PA 19178** | | C | **2013**<br>**BUSINESS DEBT** | | | | **Unknown** |
| Account No.<br><br>**BERKSHIRE HATHAWAY GUARD**<br>**PO BOX A-H**<br>**16 S. RIVER ST**<br>**Wilkes Barre, PA 18703** | | | Representing:<br>**BERKSHIRE HATHAWAY INTERGUARD INSURANCE** | | | | **Notice Only** |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,707.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **GARY ARTHUR CHILDS,**
       **MARETA JOAN CHILDS**        Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6120** <br><br> **BEST BUY BUSINESS ADVANTAGE** <br> **PO BOX 731247** <br> **Dallas, TX 75373-1274** | C | | 2013 <br> BUSINESS DEBT | | | | 2,445.16 |
| Account No. **9897** <br><br> **BLUE BOOK** <br> **PO BOX 500** <br> **Jefferson Valley, NY 10535** | C | | 2014 <br> BUSINESS DEBT | | | | 4,000.00 |
| Account No. **5719** <br><br> **CDW DIRECT** <br> **PO BOX 75723** <br> **Chicago, IL 60675** | C | | 2013 <br> BUSINESS DEBT | | | | 3,120.32 |
| Account No. <br><br> **MCA INTERNATIONAL** <br> **125 S WACKER DR STE 1210** <br> **Chicago, IL 60606** | | | Representing: <br> CDW DIRECT | | | | Notice Only |
| Account No. **2422** <br><br> **CENTURYLINK** <br> **PO BOX 29040** <br> **Phoenix, AZ 85038** | C | | 2014 <br> BUSINESS DEBT | | | | 97.80 |
| Sheet no. **5** of **22** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | 9,663.28 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re    **GARY ARTHUR CHILDS,**
     **MARETA JOAN CHILDS**                    Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2526<br><br>**Citibank/The Home Depot**<br>**Citicorp Credit Srvs/Centralized Bankrup**<br>**Po Box 790040**<br>**Saint Louis, MO 63179** | | W | **11/2013**<br>**CREDIT CARD** | | | | **4,532.00** |
| Account No.<br><br>**CLIENT SERVICES, INC.**<br>**3451 HARRY TRUMAN BLVD**<br>**Saint Charles, MO 63301-4047** | | | Representing:<br>**Citibank/The Home Depot** | | | | **Notice Only** |
| Account No. **9577**<br><br>**COMMUNICATIONS SUPPLY CORP**<br>**3462 SOLUTION CENTER DR**<br>**Chicago, IL 60677-3004** | C | | **2012**<br>**BUSINESS DEBT/LAWSUIT** | | | | **1,564.88** |
| Account No.<br><br>**LAW OFFICE OF THOMAS LYNN BUSBY**<br>**5670 N 12TH ST**<br>**Phoenix, AZ 85014** | | | Representing:<br>**COMMUNICATIONS SUPPLY CORP** | | | | **Notice Only** |
| Account No. **0037**<br><br>**COMMUNICATIONS SUPPLY CORP**<br>**3462 SOLUTION CENTER DR**<br>**Chicago, IL 60677-3004** | C | | **2012**<br>**BUSINESS DEBT/LAWSUIT** | | | | **67,275.00** |

| | |
|---|---|
| Sheet no. __6___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)     **73,371.88** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GARY ARTHUR CHILDS,**
         **MARETA JOAN CHILDS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**LAW OFFICE OF THOMAS LYNN BUSBY**<br>**5670 N 12TH ST**<br>**Phoenix, AZ 85014** | | | **Representing:**<br>**COMMUNICATIONS SUPPLY CORP** | | | | **Notice Only** |
| Account No. <br><br>**COPPER STATE BOLT 7 NUT CO**<br>**3622 N 24TH ST**<br>**Phoenix, AZ 85017** | C | | **2013**<br>**BUSINESS DEBT** | | | | **309.63** |
| Account No. **C484** <br><br>**COPS MONITORING**<br>**PO BOX 836**<br>**Williamstown, NJ 08094** | C | | **2014**<br>**BUSINESS DEBT** | | | | **241.63** |
| Account No. <br><br>**CRECO RENTAL**<br>**919 W SILVERLAKE ROAD**<br>**Tucson, AZ 85713** | C | | **2013**<br>**BUSINESS DEBT** | | | | **7,756.81** |
| Account No. **5303** <br><br>**CRESCENT ELECTRIC**<br>**PO BOX 500**<br>**East Dubuque, IL 61025-4418** | C | | **2013**<br>**BUSINESS DEBT** | | | | **205.49** |

Sheet no. _7_ of _22_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,513.56**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **GARY ARTHUR CHILDS,**
      **MARETA JOAN CHILDS**                     Case No. _____

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9647** <br><br>**CRESTON ELECTRONICS, INC.**<br>**PO BOX 932917**<br>**Atlanta, GA 31193-2917** | C | | **2012**<br>**BUSINESS DEBT** | | | | 28,254.00 |
| Account No. <br><br>**SMYYTH COLLECTIONS LLC**<br>**51 CRAGWOOD ROAD SUITE 201**<br>**South Plainfield, NJ 07080** | | | **Representing:**<br>**CRESTON ELECTRONICS, INC.** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx0636** <br><br>**Emerald Ar**<br>**1850 N. Central Ave #1010**<br>**Phoenix, AZ 85004** | | W | **2013**<br>**MEDICAL RADIOLOGY LTD.** | | | | 571.00 |
| Account No. **xxxxxxxxxx0634** <br><br>**Emerald Ar**<br>**1850 N. Central Ave #1010**<br>**Phoenix, AZ 85004** | | W | **2014**<br>**MEDICAL RADIOLOGY LTD.** | | | | 504.00 |
| Account No. **xxxxxxxxxx0633** <br><br>**Emerald Ar**<br>**1850 N. Central Ave #1010**<br>**Phoenix, AZ 85004** | | W | **2014**<br>**MEDICAL RADIOLOGY LTD** | | | | 70.00 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
         (Total of this page)         **29,399.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re   **GARY ARTHUR CHILDS,**
      **MARETA JOAN CHILDS**

Case No. _____

                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx0632<br><br>Emerald Ar<br>1850 N. Central Ave #1010<br>Phoenix, AZ 85004 | | W | 2013<br>MEDICAL RADIOLOGY LTD. | | | | 56.00 |
| Account No.<br><br>ERV'S EQUIPMENT RENTAL, INC.<br>4469 E FIFTH ST<br>Tucson, AZ 85711 | | C | 2013<br>BUSINESS DEBT | | | | 206.53 |
| Account No.<br><br>EXTRON ELECTRONICS<br>PO BOX 513206<br>Los Angeles, CA 90051 | | C | 2012<br>BUSINESS DEBT | | | | 2,841.79 |
| Account No.<br><br>FEDEX<br>PO BOX 7221<br>Pasadena, CA 91109 | | C | 2014<br>BUSINESS DEBT | | | | 77.55 |
| Account No.<br><br>FINANCIAL PACIFIC LEASING<br>3455 S 344TH WAY #300<br>Auburn, WA 98001 | | C | 2012<br>BUSINESS DEBT | | | | 30,484.22 |

Sheet no. _9_ of _22_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **33,666.09**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re    **GARY ARTHUR CHILDS,**                                    Case No. _____
    **MARETA JOAN CHILDS**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **FINANCIAL PACIFIC LEASING** PO BOX 749642 Los Angeles, CA 90074 | | | | | Representing: **FINANCIAL PACIFIC LEASING** | | | | **Notice Only** |
| Account No. **FIRST INSURANCE FUNDING CORP** OP BOX 66468 Chicago, IL 60666-0468 | C | | | | 2013 BUSINESS DEBT | | | | 3,274.21 |
| Account No. **FORA FINANCIAL** 242 W 36TH ST, 14TH FLOOR New York, NY 10018 | C | | | | 2012 BUSINESS DEBT | | | | 65,912.21 |
| Account No. xxxx2325 **FORD MOTOR CREDIT COMPANY** PO BOX 7172 Pasadena, CA 91109 | C | | | | 2013 BUSINESS DEBT. REPOSSESSED 2012 FORD TRAN C VAN OWNED BY TLC COMMUNICATIONS, INC. | | | | 7,068.02 |
| Account No. **FORD MOTOR CREDIT COMPANY** PO BOX 6508 Mesa, AZ 85216 | | | | | Representing: **FORD MOTOR CREDIT COMPANY** | | | | **Notice Only** |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,254.44

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **GARY ARTHUR CHILDS,**
       **MARETA JOAN CHILDS**

Case No. _____

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx0025**<br><br>**GECRB/Lowes**<br>**Attention:  Bankruptcy Department**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | W | | **5/2010**<br>**CREDIT CARD** | | | | **7,630.00** |
| Account No.<br><br>**SYNCHRONY BANK**<br>**PO BOX 965004**<br>**Orlando, FL 32896-5004** | | | | **Representing:**<br>**GECRB/Lowes** | | | | **Notice Only** |
| Account No.  **8343**<br><br>**GRAINGER**<br>**DEPT 865458343**<br>**PO BOX 419267**<br>**Kansas City, MO 64141-6267** | | C | | **2013**<br>**BUSINESS DEBT** | | | | **83.37** |
| Account No.  **x9Q01**<br><br>**GRAYBAR**<br>**FILE 57072**<br>**Los Angeles, CA 90074** | | C | | **2013**<br>**BUSINESS DEBT** | | | | **45,023.00** |
| Account No.<br><br>**GRAYBAR**<br>**3350 WEST EARLL DRIVE**<br>**Phoenix, AZ 85017** | | | | **Representing:**<br>**GRAYBAR** | | | | **Notice Only** |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**52,736.37**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GARY ARTHUR CHILDS,**
    **MARETA JOAN CHILDS**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2801**<br><br>**GUARD INSURANCE GROUP**<br>**PO BOX 59838**<br>**Schaumburg, IL 60159** | C | | **2013**<br>**BUSINESS DEBT** | | | | 1,044.03 |
| Account No.<br><br>**BROWN & JOSEPH**<br>**PO BOX 59838**<br>**Schaumburg, IL 60159** | | | Representing:<br>**GUARD INSURANCE GROUP** | | | | **Notice Only** |
| Account No.<br><br>**H&E EQUIPMENT SERVICES**<br>**6155 S CAMPBELL AVE**<br>**Tucson, AZ 85706** | C | | **2013**<br>**BUSINESS DEBT** | | | | 490.50 |
| Account No. **7256**<br><br>**HAMMERMAN & HULTGREN, PC**<br>**3101 N. CENTRAL AVE.**<br>**SUITE 500**<br>**Phoenix, AZ 85012** | C | | **2013**<br>**BUSINESS DEBT ATLANTIC CREDIT &**<br>**FINANCE CREDIT CARD** | | | | 54,249.00 |
| Account No.<br><br>**ATLANTIC CREDIT & FINANCE**<br>**PO BOX 12966**<br>**Roanoke, VA 24030** | | | Representing:<br>**HAMMERMAN & HULTGREN, PC** | | | | **Notice Only** |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **55,783.53**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    **GARY ARTHUR CHILDS,**
        **MARETA JOAN CHILDS**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9818**<br><br>**HOME DEPOT CREDIT SERVICES**<br>**DEPT 32-2505159818**<br>**PO BOX 183175**<br>**Columbus, OH 43218** | C | | | **2013**<br>**BUSINESS DEBT** | | | | 2,732.02 |
| Account No. **0611**<br><br>**INTERGUARD, LTD**<br>**PO BOX 62479**<br>**Baltimore, MD 21264-2479** | C | | | **2013**<br>**BUSINESS DEBT** | | | | 225.56 |
| Account No.<br><br>**JACK FURRIER'S**<br>**PO BOX 26911**<br>**Tucson, AZ 85726** | C | | | **2012**<br>**BUSINESS DEBT** | | | | 968.37 |
| Account No. **6164**<br><br>**JOHN B RUDY**<br>**PO BOX 844165**<br>**Los Angeles, CA 90084** | C | | | **2012**<br>**BUSINESS DEBT** | | | | 275,822.33 |
| Account No.<br><br>**LOGIN**<br>**4003 E SPEEDWAY STE 119**<br>**Tucson, AZ 85712** | C | | | **2014**<br>**BUSINESS DEBT** | | | | 10,000.00 |

Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

289,748.28

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re  **GARY ARTHUR CHILDS,**
     **MARETA JOAN CHILDS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | WJ | JC | | | | | |
| Account No. <br><br> **MAHONEY GROUP**<br>**20410 N 19TH AVE STE 170**<br>**Phoenix, AZ 85027** | C | | | | **2010**<br>**BUSINESS DEBT** | | | | 2,208.83 |
| Account No. <br><br> **MESA COUNTY**<br>**544 Rood Avenue**<br>**Grand Junction, CO 81501** | C | | | | **2012**<br>**BUSINESS DEBT** | | | | 142.95 |
| Account No. **20** <br><br> **MONUMENT VISTA HOMEOWNERS ASSOCIATION**<br>**1870 WEST PRINCE ROAD, SUITE #47**<br>**Tucson, AZ 85705** | C | | | | **2015**<br>**HOA FEES** | | | | **Unknown** |
| Account No. <br><br> **MOSS ADAMS LLP**<br>**PO BOX 748369**<br>**Los Angeles, CA 90074** | C | | | | **2013**<br>**BUSINESS DEBT** | | | | 10,108.10 |
| Account No. <br><br> **OSCHMANN ESS**<br>**3360 S PALO VERDE**<br>**Tucson, AZ 85713** | C | | | | **2013**<br>**BUSINESS DEBT** | | | | 235.00 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,694.88

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **GARY ARTHUR CHILDS,**
    **MARETA JOAN CHILDS**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 BUSINESS DEBT | | | | |
| **PIMA COUNTY 32 N. STONE AVENUE SUITE 2100 Tucson, AZ 85701** | C | | | | | | 122.74 |
| Account No. | | | 2014 MAINTENANCE FEES | | | | |
| **PREMIRE VACATION OWNERS ASSOCIATION DIAMOND RESORTS PO BOX 863596 Orlando, FL 32886-3596** | C | | | | | | 1,578.00 |
| Account No. | | | Representing: **PREMIRE VACATION OWNERS ASSOCIATION** | | | | Notice Only |
| **PREMIERE VACATION COLLECTIONS ASSESSMENT FEE DEPARTMENT 10600 WEST CHARLESTON BOULEVARD Las Vegas, NV 89135** | | | | | | | |
| Account No. 9344 | | | 2014 BUSINESS DEBT | | | | |
| **PROGRESSIVE PO BOX 105428 Atlanta, GA 30348** | C | | | | | | 5,735.12 |
| Account No. | | | 2013 BUSINESS DEBT | | | | |
| **RED HAWK FIRE & SECURITY ATTN ACCOUNT PAYABLE 2705 MEDIA CENTER DRIVE Los Angeles, CA 90065** | C | | | | | | 889.00 |

Sheet no. __15__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,324.86

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **GARY ARTHUR CHILDS,**
       **MARETA JOAN CHILDS**                  Case No. _____

_____,
                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **2133**<br><br>**RED RIVER**<br>**21 WATER ST, SUITE 500**<br>**Claremont, NH 03743** | C | | | | 2013<br>**BUSINESS DEBT** | | | | 21,599.00 |
| Account No.<br><br>**RENT TELCO**<br>**PO BOX 45075**<br>**San Francisco, CA 94145** | C | | | | 2012<br>**BUSINESS DEBT** | | | | 4,271.00 |
| Account No.<br><br>**SHARP BUSINESS SYSTEMS**<br>**DEPT 1205**<br>**PO BOX 121205**<br>**Dallas, TX 75312-1205** | C | | | | 2013<br>**BUSINESS DEBT** | | | | 33,458.00 |
| Account No.<br><br>**SHIRLEY'S PLAN SERVICE**<br>**425 S PLUMER**<br>**Tucson, AZ 85719** | C | | | | 2013<br>**BUSINESS DEBT** | | | | 867.04 |
| Account No. **6115**<br><br>**SNAP AV**<br>**1800 CONTINENTAL BLVD, SUITE 200**<br>**Charlotte, NC 28273** | C | | | | 2014<br>**BUSINESS DEBT** | | | | 10,730.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **70,925.04**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

In re  **GARY ARTHUR CHILDS,**  
    **MARETA JOAN CHILDS**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxx6780 <br><br> **Syncblowbrcp** <br> **P.o. Box 965005** <br> **Orlando, FL 32896** | C | | | **11/2003** <br> **BUSINESS DEBT CREDIT CARD LOWE'S** | | | | **2,200.00** |
| Account No. <br><br> **D&S, LTD** <br> **13809 RESEARCH BLVD , SUITE 800** <br> **Austin, TX 78750** | | | | Representing: <br> Syncblowbrcp | | | | **Notice Only** |
| Account No. <br><br> **LOWES BUSINESS ACCT** <br> **PO BOX 530970** <br> **Atlanta, GA 30353** | | | | Representing: <br> Syncblowbrcp | | | | **Notice Only** |
| Account No. <br><br> **THE HARTFORD** <br> **ONE HARTFORD PLAZE** <br> **Hartford, CT 06155** | C | | | **2012** <br> **BUSINESS DEBT** | | | | **8,662.74** |
| Account No. x8881 <br><br> **TIN CUP PROPERTIES** <br> **6262 N CAMION VERDE** <br> **Tucson, AZ 85743** | C | | | **2014** <br> **BUSINESS DEBT/LEASE** | | | | **35,000.00** |

Sheet no. __17__ of __22__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**45,862.74**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **GARY ARTHUR CHILDS,**
      **MARETA JOAN CHILDS**

Case No. _____

<div align="center">Debtors</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GOLDMAN, WALKER & DIMARCO 6303 E TANQUE VERDE RD #110 Tucson, AZ 85715** | | | Representing: TIN CUP PROPERTIES | | | | **Notice Only** |
| Account No. **TOMARCO 14848 NORTHAM ST La Mirada, CA 90638** | C | | 2013 BUSINESS DEBT | | | | **259.92** |
| Account No. **TRAVELERS INSURANCE C/O RMS 9954 MAYLAND DR STE 6100 Henrico, VA 23233** | C | | 2013 BUSINESS DEBT | | | | **11,156.00** |
| Account No. **RMS PO BOX 26446 Henrico, VA 23233** | | | Representing: TRAVELERS INSURANCE | | | | **Notice Only** |
| Account No. **UNICOA GLENDALE INDUSTRIAL SUPPLY 2121 N 23RD AVE Phoenix, AZ 85009** | C | | 2013 BUSINESS DEBT | | | | **3,742.96** |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,158.88**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **GARY ARTHUR CHILDS,**  
      **MARETA JOAN CHILDS**
                               Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**UNITED RENTALS**<br>**CREDIT OFFICE #586 FILE 51122**<br>**Los Angeles, CA 90074-1122** | C | | | **2013**<br>**BUSINESS DEBT** | | | | 1,803.45 |
| Account No. <br><br>**RECEIVABLES CONTROL**<br>**CORPORATION**<br>**7373 KIRKWOOD COURT, SUITE 200**<br>**Osseo, MN 55369** | | | | **Representing:**<br>**UNITED RENTALS** | | | | Notice Only |
| Account No.  **5767**<br><br>**US BANK**<br>**PO BOX 790408**<br>**Saint Louis, MO 63179-0408** | C | | | **2013**<br>**BUSINESS DEBT CREDIT CARD** | | | | 10,170.04 |
| Account No. <br><br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**Po Box 41067**<br>**Norfolk, VA 23541** | | | | **Representing:**<br>**US BANK** | | | | Notice Only |
| Account No. <br><br>**PORTFOLIO RECOVERY**<br>**ASSOCIATES**<br>**PO BOX 12914**<br>**Norfolk, VA 23541** | | | | **Representing:**<br>**US BANK** | | | | Notice Only |

Sheet no. __19__ of __22__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims
                               Subtotal | **11,973.49**
                               (Total of this page)

In re    **GARY ARTHUR CHILDS,**
    **MARETA JOAN CHILDS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1191** <br><br> **VERIZON WIRELESS** <br> **PO BOX 660108** <br> **Dallas, TX 75266-0108** | C | | **2013** <br> **BUSINESS DEBT** | | | | 1,389.47 |
| Account No. <br><br> **WACHAREN PERRAULT** <br> **4273 N WINDRIDGE** <br> **Tucson, AZ 85749** | C | | **2013** <br> **PERSONAL LOAN** | | | | 48,500.00 |
| Account No. xxxxxxxxxxxx9656 <br><br> **Wells Fargo** <br> **1 Home Campus X2303-01a** <br> **Des Moines, IA 50326** | C | | **4/1999** <br> **CREDIT CARD** | | | | 10,573.00 |
| Account No. <br><br> **WELLS FARGO CARD SERVICES** <br> **PO BOX 30086** <br> **Los Angeles, CA 90030** | | | **Representing:** <br> Wells Fargo | | | | **Notice Only** |
| Account No. **6368** <br><br> **WELLS FARGO BANK** <br> **PO BOX 29746** <br> **Phoenix, AZ 85038** | C | | **2012** <br> **BUSINESS DEBT** | | | | 28,427.87 |

Sheet no. __20__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,890.34

In re   **GARY ARTHUR CHILDS,**
        **MARETA JOAN CHILDS**                                    Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WELLS FARGO BANK**<br>**PO BOX 29746**<br>**Phoenix, AZ 85038** | C | | **2012**<br>**BUSINESS DEBT** | | | | 12,450.16 |
| Account No.<br><br>**WELLS FARGO BANK**<br>**PO BOX 29746**<br>**Phoenix, AZ 85038** | C | | **2013**<br>**BUSINESS DEBT** | | | | 5,890.52 |
| Account No.<br><br>**WELLS FARGO BANK**<br>**100 W. WASHINGTON ST, 22ND**<br>**FLOOR**<br>**Phoenix, AZ 85003** | C | | **2012**<br>**BUSINESS DEBT/SBA LOAN** | | | | 195,296.77 |
| Account No. **6612**<br><br>**WELLS FARGO BANK BUSINESS**<br>**DIRECT DIV.**<br>**MAC S4101-050**<br>**PO BOX 29482**<br>**Phoenix, AZ 85038-8650** | C | | **2012**<br>**BUSINESS DEBT CREDIT CARD** | | | | 24,420.75 |
| Account No.<br><br>**PAYMENT REMITANCE CENTER**<br>**PO BOX 54349**<br>**Los Angeles, CA 90054-0349** | | | Representing:<br>**WELLS FARGO BANK BUSINESS DIRECT DIV.** | | | | **Notice Only** |

Sheet no. __21__ of __22__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)          238,058.20

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **GARY ARTHUR CHILDS,** Case No. _____
   **MARETA JOAN CHILDS**

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **WELLS FARGO BANK** MAC #S4101-050 PO BOX 29746 Phoenix, AZ 85038 | | | Representing: **WELLS FARGO BANK BUSINESS DIRECT DIV.** | | | | **Notice Only** |
| Account No. **5921** **WELLS FARGO FINANCIAL LEASING** PO BOX 6434 Carol Stream, IL 60197-6434 | C | | **2013** **BUSINESS DEBT** | | | | 2,449.88 |
| Account No. **WELLS FARGO MERCHANT SERVICES** 5251 WESTHEIMER RD Houston, TX 77056-5404 | C | | **2012** **BUSINESS DEBT** | | | | 148.38 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **2,598.26** |
| Total (Report on Summary of Schedules) | | **1,343,006.66** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 4:15-bk-02793-BMW   Doc 1   Filed 03/17/15   Entered 03/17/15 08:28:39   Desc
Main Document     Page 45 of 90

.

In re **GARY ARTHUR CHILDS,**
       **MARETA JOAN CHILDS**

Case No. _____

_____,
                                 Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ASHELY NICHOLS<br>6827 E CAMINO PRINCIPAL<br>Tucson, AZ 85715 | WIFE'S BUSINESS SUBLEASE WITH HAIRSTYLIST. DEBTOR IS LESSOR ON MONTH TO MONTH BASIS. |
| DAREN LOWERY<br>PLAZA PRINCIPAL VENTURES LLC<br>6827 E CAMINO PRINCIPAL<br>Tucson, AZ 85715 | WIFE'S LEASE OF SPACE FROM LANDLORD FOR HER HAIR STYLING BUINSESS. DEBTOR IS LESSEE. |
| JACKIE BERRY<br>6827 E CAMINO PRINCIPAL<br>Tucson, AZ 85715 | WIFE'S BUSINESS SUBLEASE WITH HAIRSTYLIST. DEBTOR IS LESSOR ON MONTH TO MONTH BASIS. |
| JODY HENDERSON<br>6827 E CAMINO PRINCIPAL<br>Tucson, AZ 85715 | WIFE'S BUSINESS SUBLEASE WITH HAIRSTYLIST. DEBTOR IS LESSOR ON MONTH TO MONTH BASIS. |
| JULIANNE GRUM<br>6827 E CAMINO PRINCIPAL<br>Tucson, AZ 85715 | WIFE'S BUSINESS SUBLEASE WITH HAIRSTYLIST. DEBTOR IS LESSOR ON MONTH TO MONTH BASIS. |
| KELLER WILLIAMS<br>1849 N KOLB RD #101<br>Tucson, AZ 85715 | RESIDENTIAL LEASE FOR DEBTOR'S RESIDENCE. DEBTOR IS LESSEE. |
| MELISSA VIALAPANDO<br>6827 E CAMINO PRINCIPAL<br>Tucson, AZ 85715 | WIFE'S BUSINESS SUBLEASE WITH HAIRSTYLIST. DEBTOR IS LESSOR ON MONTH TO MONTH BASIS. |
| SHANNON MILLS<br>6827 E CAMINO PRINCIPAL<br>Tucson, AZ 85715 | WIFE'S BUSINESS SUBLEASE WITH HAIRSTYLIST. DEBTOR IS LESSOR ON MONTH TO MONTH BASIS. |
| TIN CUP PROPERTIES<br>6262 N CAMION VERDE<br>Tucson, AZ 85743 | BUSINESS OFFICE LEASE. TLC COMMUNICATIONS, LLC IS LESSEE. |
| VIRGINIA FARWELL<br>6827 E CAMINO PRINCIPAL<br>Tucson, AZ 85715 | WIFE'S BUSINESS SUBLEASE WITH HAIRSTYLIST. DEBTOR IS LESSOR ON MONTH TO MONTH BASIS. |

0
     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **GARY ARTHUR CHILDS,**
       **MARETA JOAN CHILDS**

Case No. _____

<div align="center">Debtors</div>

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **GARY ARTHUR CHILDS** |
| Debtor 2 (Spouse, if filing) | **MARETA JOAN CHILDS** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 6I

## Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | **Occupation** | **TELECOM TECHNICIAN** | **HAIR SYTLIST** |
| | **Employer's name** | **VELOCITY CABLING & NETWORK SOLUTIONS LLC** | **GARDEN OF EDEN HEALING, LLC** |
| | **Employer's address** | **4555 S PALO VERDE RD STE 131**<br>**Tucson, AZ 85714** | **6827 E CAMINO PRINCIPAL**<br>**Tucson, AZ 85715** |
| | **How long employed there?** | **5 MONTHS** | **5 YEARS** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **2,600.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **2,600.00** | $ **0.00** |

Official Form B 6I     Case 4:15-bk-02793-BMW    Doc 1    Filed 03/17/15    Entered 03/17/15 08:28:39    Desc   page 1
Schedule I: Your Income
Main Document     Page 48 of 90

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 2,600.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 413.83 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: ____ | 5h.+ | $ 0.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 413.83 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,186.17 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 2,029.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: ____ | 8h.+ | $ 0.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 2,029.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,186.17 + $ 2,029.00 | = $ 4,215.17 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: ____                                                                                  11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                    12. $ 4,215.17

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:

> **YES, A DECREASE:**
>
> **WIFE HAS CANCER AND WILL BE HAVING SURGERY JULY 2015 AND WILL MISS AT LEAST 2-3 MONTHS OF WORK.**
>
> **DEBTOR WILL BE HAVING SHOULDER SURGERY IN AUGUST 2015 AND WILL MISS WORK.**

## STATEMENT OF PROFIT AND LOSS

|  | From 02/01/15 to 02/28/15 | | Year to Date As of 02/28/15 | |
|---|---|---|---|---|
| **SALES OR INCOME** | | | | |
| SERVICE INCOME | $ 4,200.00 | 44.3% | $ 9,400.00 | 47.9% |
| GRATUITY INCOME | 275.00 | 2.9% | 675.00 | 3.4% |
| RETAIL SALES | 1,200.00 | 12.7% | 1,950.00 | 9.9% |
| RENTAL INCOME | 3,800.00 | 40.1% | 7,600.00 | 38.7% |
| TOTAL SALES OR INCOME | 9,475.00 | 100.0% | 19,625.00 | 100.0% |
| **COST OF SALES** | | | | |
| RETAIL PURCHASES | 1,819.00 | 19.2% | 2,582.68 | 13.2% |
| TOTAL COST OF SALES | 1,819.00 | 19.2% | 2,582.68 | 13.2% |
| **GROSS PROFIT** | 7,656.00 | 80.8% | 17,042.32 | 86.8% |
| **OPERATING EXPENSE** | | | | |
| LEGAL & PROFESSIONAL | 120.00 | 1.3% | 180.00 | 0.9% |
| OFFICE EXPENSE | 118.89 | 1.3% | 118.89 | 0.6% |
| RENT EXPENSE-BUILDING | 2,345.42 | 24.8% | 4,690.84 | 23.9% |
| REPAIRS & MAINTENANCE | 354.95 | 3.7% | 674.95 | 3.4% |
| OPERATING SUPPLIES | 503.20 | 5.3% | 1,205.19 | 6.1% |
| TAXES-SALES | 148.89 | 1.6% | 276.02 | 1.4% |
| TELEPHONE/INTERNET | 219.57 | 2.3% | 368.14 | 1.9% |
| UTILITIES | 181.62 | 1.9% | 181.62 | 0.9% |
| MEALS/ENTERTAINMENT | 0.00 | 0.0% | 27.27 | 0.1% |
| SALON SUPPLIES | 1,827.18 | 19.3% | 3,804.30 | 19.4% |
| FACIAL ROOM/MASSAGE | 0.00 | 0.0% | 308.70 | 1.6% |
| TOTAL OPERATING EXPENSE | 5,819.72 | 61.4% | 11,835.92 | 60.3% |
| **NET OPERATING INCOME** | 1,836.28 | 19.4% | 5,206.40 | 26.5% |
| **OTHER INCOME & EXPENSE** | | | | |
| SALES TAX ACCT CREDIT | -0.39 | 0.0% | -0.39 | 0.0% |
| TOTAL OTHER INCOME & EXPENSE | -0.39 | 0.0% | -0.39 | 0.0% |
| **NET INCOME OR <LOSS>** | $ 1,836.67 | 19.4% | $ 5,206.79 | 26.5% |

Prepared by J & J BUSINESS SERVICE INC-BOOKKEEPERS BUSINESS SERVICE CO
UNAUDITED-For Management Use Only

# STATEMENT OF PROFIT AND LOSS

|  | From 01/01/15 to 01/31/15 | | Year to Date As of 01/31/15 | |
|---|---|---|---|---|
| **SALES OR INCOME** | | | | |
| SERVICE INCOME | $ 5,200.00 | 51.2% | $ 5,200.00 | 51.2% |
| GRATUITY INCOME | 400.00 | 3.9% | 400.00 | 3.9% |
| RETAIL SALES | 750.00 | 7.4% | 750.00 | 7.4% |
| RENTAL INCOME | 3,800.00 | 37.4% | 3,800.00 | 37.4% |
| TOTAL SALES OR INCOME | 10,150.00 | 100.0% | 10,150.00 | 100.0% |
| **COST OF SALES** | | | | |
| RETAIL PURCHASES | 763.68 | 7.5% | 763.68 | 7.5% |
| TOTAL COST OF SALES | 763.68 | 7.5% | 763.68 | 7.5% |
| GROSS PROFIT | 9,386.32 | 92.5% | 9,386.32 | 92.5% |
| **OPERATING EXPENSE** | | | | |
| LEGAL & PROFESSIONAL | 60.00 | 0.6% | 60.00 | 0.6% |
| RENT EXPENSE-BUILDING | 2,345.42 | 23.1% | 2,345.42 | 23.1% |
| REPAIRS & MAINTENANCE | 320.00 | 3.2% | 320.00 | 3.2% |
| OPERATING SUPPLIES | 701.99 | 6.9% | 701.99 | 6.9% |
| TAXES-SALES | 127.13 | 1.3% | 127.13 | 1.3% |
| TELEPHONE/INTERNET | 148.57 | 1.5% | 148.57 | 1.5% |
| MEALS/ENTERTAINMENT | 27.27 | 0.3% | 27.27 | 0.3% |
| SALON SUPPLIES | 1,977.12 | 19.5% | 1,977.12 | 19.5% |
| FACIAL ROOM/MASSAGE | 308.70 | 3.0% | 308.70 | 3.0% |
| TOTAL OPERATING EXPENSE | 6,016.20 | 59.3% | 6,016.20 | 59.3% |
| **NET INCOME OR <LOSS>** | $ 3,370.12 | 33.2% | $ 3,370.12 | 33.2% |

# STATEMENT OF PROFIT AND LOSS

| | From 12/01/14 to 12/31/14 | | Year to Date As of 12/31/14 | |
|---|---|---|---|---|
| **SALES OR INCOME** | | | | |
| SERVICE INCOME | $ 4,715.00 | 52.9% | $ 68,652.00 | 56.2% |
| GRATUITY INCOME | 350.00 | 3.9% | 6,057.00 | 5.0% |
| RETAIL SALES | 655.00 | 7.3% | 10,587.00 | 8.7% |
| RENTAL INCOME | 3,200.00 | 35.9% | 36,912.50 | 30.2% |
| TOTAL SALES OR INCOME | 8,920.00 | 100.0% | 122,208.50 | 100.0% |
| **COST OF SALES** | | | | |
| RETAIL PURCHASES | 0.00 | 0.0% | 12,770.10 | 10.4% |
| TOTAL COST OF SALES | 0.00 | 0.0% | 12,770.10 | 10.4% |
| **GROSS PROFIT** | **8,920.00** | **100.0%** | **109,438.40** | **89.6%** |
| **OPERATING EXPENSE** | | | | |
| ADVERTISING | 0.00 | 0.0% | 369.23 | 0.3% |
| BANK CHARGES | 2,376.89 | 26.6% | 2,391.89 | 2.0% |
| CAR & TRUCK EXPENSES | 0.00 | 0.0% | 104.36 | 0.1% |
| DUES & SUBSCRIPTIONS | 0.00 | 0.0% | 135.07 | 0.1% |
| LICENSES | 0.00 | 0.0% | 197.35 | 0.2% |
| INSURANCE & BOND EXPENSE | 0.00 | 0.0% | 1,417.49 | 1.2% |
| LEGAL & PROFESSIONAL | 60.00 | 0.7% | 1,039.00 | 0.9% |
| OFFICE EXPENSE | 0.00 | 0.0% | 1,288.47 | 1.1% |
| RENT EXPENSE-BUILDING | 2,345.42 | 26.3% | 22,141.32 | 18.1% |
| REPAIRS & MAINTENANCE | 331.14 | 3.7% | 3,495.31 | 2.9% |
| OPERATING SUPPLIES | 405.71 | 4.5% | 10,436.24 | 8.5% |
| TAXES-SALES | 127.97 | 1.4% | 1,690.18 | 1.4% |
| TELEPHONE/INTERNET | 232.00 | 2.6% | 2,152.23 | 1.8% |
| UTILITIES | 648.97 | 7.3% | 4,288.90 | 3.5% |
| MEALS/ENTERTAINMENT | 0.00 | 0.0% | 1,576.10 | 1.3% |
| SALON SUPPLIES | 976.81 | 11.0% | 22,692.65 | 18.6% |
| EDUCATION | 0.00 | 0.0% | 34.95 | 0.0% |
| FACIAL ROOM/MASSAGE | 750.00 | 8.4% | 3,788.50 | 3.1% |
| TOTAL OPERATING EXPENSE | 8,254.91 | 92.5% | 79,239.24 | 64.8% |
| **NET OPERATING INCOME** | **665.09** | **7.5%** | **30,199.16** | **24.7%** |
| **OTHER INCOME & EXPENSE** | | | | |
| SALES TAX ACCT CREDIT | -0.34 | 0.0% | -5.66 | 0.0% |
| TOTAL OTHER INCOME & EXPENSE | -0.34 | 0.0% | -5.66 | 0.0% |
| **NET INCOME OR <LOSS>** | **$ 665.43** | **7.5%** | **$ 30,204.82** | **24.7%** |

Prepared by J & 1 BUSINESS SERVICE INC-BOOKKEEPERS BUSINESS SERVICE CO
UNAUDITED For Management Use Only

# STATEMENT OF PROFIT AND LOSS

|  | From 11/01/14 to 11/30/14 | | Year to Date As of 11/30/14 | |
|---|---|---|---|---|
| **SALES OR INCOME** | | | | |
| SERVICE INCOME | $ 5,950.00 | 58.2% | $ 63,937.00 | 56.4% |
| GRATUITY INCOME | 375.00 | 3.7% | 5,707.00 | 5.0% |
| RETAIL SALES | 650.00 | 6.4% | 9,932.00 | 8.8% |
| RENTAL INCOME | 3,250.00 | 31.8% | 33,712.50 | 29.8% |
| TOTAL SALES OR INCOME | 10,225.00 | 100.0% | 113,288.50 | 100.0% |
| **COST OF SALES** | | | | |
| RETAIL PURCHASES | 1,470.35 | 14.4% | 12,770.10 | 11.3% |
| TOTAL COST OF SALES | 1,470.35 | 14.4% | 12,770.10 | 11.3% |
| **GROSS PROFIT** | **8,754.65** | **85.6%** | **100,518.40** | **88.7%** |
| **OPERATING EXPENSE** | | | | |
| ADVERTISING | 0.00 | 0.0% | 369.23 | 0.3% |
| BANK CHARGES | 0.00 | 0.0% | 15.00 | 0.0% |
| CAR & TRUCK EXPENSES | 0.00 | 0.0% | 104.36 | 0.1% |
| DUES & SUBSCRIPTIONS | 30.00 | 0.3% | 135.07 | 0.1% |
| LICENSES | 50.00 | 0.5% | 197.35 | 0.2% |
| INSURANCE & BOND EXPENSE | 0.00 | 0.0% | 1,417.49 | 1.3% |
| LEGAL & PROFESSIONAL | 60.00 | 0.6% | 979.00 | 0.9% |
| OFFICE EXPENSE | 488.31 | 4.8% | 1,288.47 | 1.1% |
| RENT EXPENSE-BUILDING | 2,345.42 | 22.9% | 19,795.90 | 17.5% |
| REPAIRS & MAINTENANCE | 300.00 | 2.9% | 3,164.17 | 2.8% |
| OPERATING SUPPLIES | 168.76 | 1.7% | 10,030.53 | 8.9% |
| TAXES-SALES | 167.78 | 1.6% | 1,562.21 | 1.4% |
| TELEPHONE/INTERNET | 170.00 | 1.7% | 1,920.23 | 1.7% |
| UTILITIES | 571.12 | 5.6% | 3,639.93 | 3.2% |
| MEALS/ENTERTAINMENT | 0.00 | 0.0% | 1,576.10 | 1.4% |
| SALON SUPPLIES | 315.35 | 3.1% | 21,715.84 | 19.2% |
| EDUCATION | 0.00 | 0.0% | 34.95 | 0.0% |
| FACIAL ROOM/MASSAGE | 0.00 | 0.0% | 3,038.50 | 2.7% |
| TOTAL OPERATING EXPENSE | 4,666.74 | 45.6% | 70,984.33 | 62.7% |
| **NET OPERATING INCOME** | **4,087.91** | **40.0%** | **29,534.07** | **26.1%** |
| **OTHER INCOME & EXPENSE** | | | | |
| SALES TAX ACCT CREDIT | -0.67 | 0.0% | -5.32 | 0.0% |
| TOTAL OTHER INCOME & EXPENSE | -0.67 | 0.0% | -5.32 | 0.0% |
| **NET INCOME OR <LOSS>** | **$ 4,088.58** | **40.0%** | **$ 29,539.39** | **26.1%** |

Prepared by J & J BUSINESS SERVICE INC-BOOKKEEPERS BUSINESS SERVICE CO
Unaudited - For Management Use Only

# STATEMENT OF PROFIT AND LOSS

| | From 10/01/14 to 10/31/14 | | Year to Date As of 10/31/14 | |
|---|---|---|---|---|
| **SALES OR INCOME** | | | | |
| SERVICE INCOME | $ 4,845.00 | 51.8% | $ 57,987.00 | 56.3% |
| GRATUITY INCOME | 305.00 | 3.3% | 5,332.00 | 5.2% |
| RETAIL SALES | 1,295.00 | 13.9% | 9,282.00 | 9.0% |
| RENTAL INCOME | 2,900.00 | 31.0% | 30,462.50 | 29.6% |
| TOTAL SALES OR INCOME | 9,345.00 | 100.0% | 103,063.50 | 100.0% |
| **COST OF SALES** | | | | |
| RETAIL PURCHASES | 2,314.87 | 24.8% | 11,299.75 | 11.0% |
| TOTAL COST OF SALES | 2,314.87 | 24.8% | 11,299.75 | 11.0% |
| **GROSS PROFIT** | **7,030.13** | **75.2%** | **91,763.75** | **89.0%** |
| **OPERATING EXPENSE** | | | | |
| ADVERTISING | 0.00 | 0.0% | 369.23 | 0.4% |
| BANK CHARGES | 0.00 | 0.0% | 15.00 | 0.0% |
| CAR & TRUCK EXPENSES | 0.00 | 0.0% | 104.36 | 0.1% |
| DUES & SUBSCRIPTIONS | 0.00 | 0.0% | 105.07 | 0.1% |
| LICENSES | 0.00 | 0.0% | 147.35 | 0.1% |
| INSURANCE & BOND EXPENSE | 0.00 | 0.0% | 1,417.49 | 1.4% |
| LEGAL & PROFESSIONAL | 60.00 | 0.6% | 919.00 | 0.9% |
| OFFICE EXPENSE | 78.12 | 0.8% | 800.16 | 0.8% |
| RENT EXPENSE-BUILDING | 2,345.42 | 25.1% | 17,450.48 | 16.9% |
| REPAIRS & MAINTENANCE | 383.09 | 4.1% | 2,864.17 | 2.8% |
| OPERATING SUPPLIES | 422.25 | 4.5% | 9,861.77 | 9.6% |
| TAXES-SALES | 151.14 | 1.6% | 1,394.43 | 1.4% |
| TELEPHONE/INTERNET | 232.00 | 2.5% | 1,750.23 | 1.7% |
| UTILITIES | 312.32 | 3.3% | 3,068.81 | 3.0% |
| MEALS/ENTERTAINMENT | 157.98 | 1.7% | 1,576.10 | 1.5% |
| SALON SUPPLIES | 4,441.25 | 47.5% | 21,400.49 | 20.8% |
| EDUCATION | 0.00 | 0.0% | 34.95 | 0.0% |
| FACIAL ROOM/MASSAGE | 0.00 | 0.0% | 3,038.50 | 2.9% |
| TOTAL OPERATING EXPENSE | 8,583.57 | 91.9% | 66,317.59 | 64.3% |
| **NET OPERATING INCOME** | **-1,553.44** | **-16.6%** | **25,446.16** | **24.7%** |
| **OTHER INCOME & EXPENSE** | | | | |
| SALES TAX ACCT CREDIT | -0.43 | 0.0% | -4.65 | 0.0% |
| TOTAL OTHER INCOME & EXPENSE | -0.43 | 0.0% | -4.65 | 0.0% |
| **NET INCOME OR <LOSS>** | **$ -1,553.01** | **-16.6%** | **$ 25,450.81** | **24.7%** |

# STATEMENT OF PROFIT AND LOSS

|  | From 09/01/14 to 09/30/14 | | Year to Date As of 09/30/14 | |
|---|---|---|---|---|
| **SALES OR INCOME** | | | | |
| SERVICE INCOME | $ 6,355.00 | 56.3% | $ 53,142.00 | 56.7% |
| GRATUITY INCOME | 452.00 | 4.0% | 5,027.00 | 5.4% |
| RETAIL SALES | 829.00 | 7.3% | 7,987.00 | 8.5% |
| RENTAL INCOME | 3,650.00 | 32.3% | 27,562.50 | 29.4% |
| TOTAL SALES OR INCOME | 11,286.00 | 100.0% | 93,718.50 | 100.0% |
| **COST OF SALES** | | | | |
| RETAIL PURCHASES | 497.85 | 4.4% | 8,984.88 | 9.6% |
| TOTAL COST OF SALES | 497.85 | 4.4% | 8,984.88 | 9.6% |
| **GROSS PROFIT** | **10,788.15** | **95.6%** | **84,733.62** | **90.4%** |
| **OPERATING EXPENSE** | | | | |
| ADVERTISING | 0.00 | 0.0% | 369.23 | 0.4% |
| BANK CHARGES | 0.00 | 0.0% | 15.00 | 0.0% |
| CAR & TRUCK EXPENSES | 0.00 | 0.0% | 104.36 | 0.1% |
| DUES & SUBSCRIPTIONS | 0.00 | 0.0% | 105.07 | 0.1% |
| LICENSES | 0.00 | 0.0% | 147.35 | 0.2% |
| INSURANCE & BOND EXPENSE | 0.00 | 0.0% | 1,417.49 | 1.5% |
| LEGAL & PROFESSIONAL | 60.00 | 0.5% | 859.00 | 0.9% |
| OFFICE EXPENSE | 0.00 | 0.0% | 722.04 | 0.8% |
| RENT EXPENSE-BUILDING | 2,345.42 | 20.8% | 15,105.06 | 16.1% |
| REPAIRS & MAINTENANCE | 394.60 | 3.5% | 2,481.08 | 2.6% |
| OPERATING SUPPLIES | 1,478.50 | 13.1% | 9,439.52 | 10.1% |
| TAXES-SALES | 116.12 | 1.0% | 1,243.29 | 1.3% |
| TELEPHONE/INTERNET | 170.00 | 1.5% | 1,518.23 | 1.6% |
| UTILITIES | 515.45 | 4.6% | 2,756.49 | 2.9% |
| MEALS/ENTERTAINMENT | 0.00 | 0.0% | 1,418.12 | 1.5% |
| SALON SUPPLIES | 1,528.89 | 13.5% | 16,959.24 | 18.1% |
| EDUCATION | 0.00 | 0.0% | 34.95 | 0.0% |
| FACIAL ROOM/MASSAGE | 410.06 | 3.6% | 3,038.50 | 3.2% |
| TOTAL OPERATING EXPENSE | 7,019.04 | 62.2% | 57,734.02 | 61.6% |
| **NET OPERATING INCOME** | **3,769.11** | **33.4%** | **26,999.60** | **28.8%** |
| **OTHER INCOME & EXPENSE** | | | | |
| SALES TAX ACCT CREDIT | -0.18 | 0.0% | -4.22 | 0.0% |
| TOTAL OTHER INCOME & EXPENSE | -0.18 | 0.0% | -4.22 | 0.0% |
| **NET INCOME OR <LOSS>** | **$ 3,769.29** | **33.4%** | **$ 27,003.82** | **28.8%** |

Prepared by J & J BUSINESS SERVICE INC-BOOKKEEPERS BUSINESS SERVICE CO
For Management Use Only

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **GARY ARTHUR CHILDS** |
| Debtor 2 (Spouse, if filing) | **MARETA JOAN CHILDS** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                                        12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.    Fill out this information for each dependent...............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ _____ 1,550.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ _____ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ 25.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ _____ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ _____ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ _____ 0.00 |

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 225.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 75.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 140.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 100.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 350.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 220.00 |
| | 15b. Health insurance | 15b. $ | 192.00 |
| | 15c. Vehicle insurance | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 565.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 4,542.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,215.17 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | 4,542.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -326.83 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain: _____

# United States Bankruptcy Court
## District of Arizona

In re  **GARY ARTHUR CHILDS**
      **MARETA JOAN CHILDS**

Case No. _____

Debtor(s)      Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **48** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 16, 2015**        Signature  **/s/ GARY ARTHUR CHILDS**
                                                 **GARY ARTHUR CHILDS**
                                               Debtor

Date  **March 16, 2015**        Signature  **/s/ MARETA JOAN CHILDS**
                                                 **MARETA JOAN CHILDS**
                                               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re   **GARY ARTHUR CHILDS**
**MARETA JOAN CHILDS**

                                   Debtor(s)

Case No. _____

Chapter   **7**  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,000.00** | **YTD HUSBAND WAGES** |
| **$5,206.00** | **YTD WIFE NET SELF EMPLOYMENT INCOME** |
| **$45,800.00** | **2014 HUSBAND WAGES** |
| **$23,170.00** | **2014 WIFE NET SELF EMPLOYMENT INCOME** |
| **$130,000.00** | **2013 HUSBAND WAGES** |
| **$24,375.00** | **2013 WIFE NET SELF EMPLOYMENT INCOME** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,853.00 | **2014 FEDERAL TAX REFUND** |
| $1,354.00 | **2014 ARIZONA INCOME TAX REFUND** |
| $-3,000.00 | **2014 PERSONAL NET CARRYFORWARD LOSS** |
| $-3,000.00 | **2013 PERSONAL NET CARRYFORWARD LOSS** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Nissan Motor Acceptance**<br>**Pob 660366**<br>**Dallas, TX 75266** | **3 MONTHS PRECEDING FILING** | **$1,695.00** | **$28,638.00** |
| **KELLER WILLIAMS**<br>**1849 N KOLB RD #101**<br>**Tucson, AZ 85715** | **3 MONTHS PRECEDING FILING** | **$4,650.00** | **$0.00** |

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **AMERICAN EXPRESS BANK, FSB VS. GARY CHILDS AND TLC COMMUNICATIONS, INC. CASE NO C20144647** | **CIVIL** | **PIMA COUNTY SUPERIOR COURT, TUCSON AZ** | **PENDING** |
| **COMMUNICATIONS SUPPLY CORP. VS TLC COMMUNICATIONS, INC. CASE NO C2014-4260 (DEBTORS NOT NAMED INDIVIDUALLY AS DEFENDANTS, JUST TLC COMMUNICATIONS, INC., AT TIME OF FILING)** | **CIVIL** | **PIMA COUNTY SUPERIOR COURT, TUCSON, AZ** | **PENDING** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Meiners Law Office, PLC<br>2 E. Congress St.<br>Suite 900<br>Tucson, AZ 85701** | **1/30/15: $3000<br>2/3/15: $888** | **$3,500.00 ATTY FEE + $335.00 FILING FEE + $53.00 CREDIT REPORT DOWNLOAD FEE** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WELLS FARGO<br>PO BOX 60510<br>Los Angeles, CA 90060-0510** | **CHECKING ACCT #0157<br>FINAL BALANCE: $0** | **AMOUNT: $500<br>DATE OF CLOSING: JUNE 1, 2014** |
| **WELLS FARGO<br>PO BOX 60510<br>Los Angeles, CA 90060-0510** | **CHECKING ACCT #1693<br>FINAL BALANCE: $0** | **AMOUNT: $400<br>DATE OF CLOSING: JUNE 1, 2014** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1828 S DEERHEAD PL, TUCSON, AZ** | **GARY ARTHUR CHILDS<br>MARETA JOAN CHILDS** | **2007-1/15/2015** |
| **3450 S BROADMONT DR, SUITE 110, TUCSON, AZ 85713** | **TLC COMMUNICATIONS, LLC** | **2000-2014** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| TLC COMMUNICATIONS, INC. | 3899 | 5772 S CAMINO SEL SOL Tucson, AZ 85718 | DEBTORS EACH 50% SHAREHOLDERS OF THIS CORPORATION THAT HAS CEASED OPERATIONS AND CLOSED. | 2000-SEPTEMBER 2014 |
| GARDEN OF EDEN HEALING LLC | 7072 | 6827 E CAMINO PRINCIPAL Tucson, AZ 85715 | WIFE 100% MEMBER OF THIS BUSINESS DBA GARDEN OF EDEN. SHE DOES HAIRSTYLING AT THIS BUSINESS. | 2010-PRESENT |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None □ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**GARY REPOVSCH, CPA**                                             **CPA HAS DONE THE TAX WORK FOR**
**5431 N ORACLE RD STE 191**                                       **BOTH BUSINESSES SINCE INCEPTION.**
**Tucson, AZ 85704**

**JOHN SCHOENHALS**                                                **2010-PRESENT BOOKEEPING FOR**
**8230 E Broadway Blvd**                                           **GARDEN OF EDEN, LLC SINCE**
**Tucson, AZ 85710**                                               **INCEPTION.**

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                               DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                           ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  **March 16, 2015**              Signature  **/s/ GARY ARTHUR CHILDS**
                                                 **GARY ARTHUR CHILDS**
                                                 Debtor

Date  **March 16, 2015**              Signature  **/s/ MARETA JOAN CHILDS**
                                                 **MARETA JOAN CHILDS**
                                                 Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Arizona

In re   **GARY ARTHUR CHILDS**
        **MARETA JOAN CHILDS**

                    Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| | |
|---|---|
| **Creditor's Name:**<br>**Bayview Financial Loan** | **Describe Property Securing Debt:**<br>**HOUSE LOCATED AT 1828 S DEERHEAD PLACE, TUCSON AZ 85748**<br>**PROPERTY TO BE SURRENDERED** |

Property will be (check one):
   ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt            ■ Not claimed as exempt

---

Property No. 2

| | |
|---|---|
| **Creditor's Name:**<br>**Chase Mtg** | **Describe Property Securing Debt:**<br>**HOUSE LOCATED AT 1828 S DEERHEAD PLACE, TUCSON AZ 85748**<br>**PROPERTY TO BE SURRENDERED** |

Property will be (check one):
   ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt            ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Nissan Motor Acceptance** | **Describe Property Securing Debt:**<br>**2013 NISSAN MURANO**<br>**MILEAGE: 29,000** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  **PAY PURSUANT TO CONTRACT**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**KELLER WILLIAMS** | **Describe Leased Property:**<br>**RESIDENTIAL LEASE FOR DEBTOR'S**<br>**RESIDENCE. DEBTOR IS LESSEE.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**TIN CUP PROPERTIES** | **Describe Leased Property:**<br>**BUSINESS OFFICE LEASE. TLC**<br>**COMMUNICATIONS, LLC IS LESSEE.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   __March 16, 2015__          Signature   **/s/ GARY ARTHUR CHILDS**
                                                **GARY ARTHUR CHILDS**
                                                Debtor

Date   __March 16, 2015__          Signature   **/s/ MARETA JOAN CHILDS**
                                                **MARETA JOAN CHILDS**
                                                Joint Debtor

# United States Bankruptcy Court
### District of Arizona

In re   **GARY ARTHUR CHILDS**
**MARETA JOAN CHILDS**

Case No. _____

Debtor(s)                Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **March 16, 2015**

**/s/ Ross Meiners**
**Ross Meiners**
**Meiners Law Office, PLC**
**2 E. Congress St.**
**Suite 900**
**Tucson, AZ 85701**
**520-777-2198  Fax: 520-202-7317**
**ross@meinerslaw.com**

---

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Arizona

In re   **GARY ARTHUR CHILDS**
      **MARETA JOAN CHILDS**               Case No. _____

                                  Debtor(s)       Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **GARY ARTHUR CHILDS** | | X **/s/ GARY ARTHUR CHILDS** | **March 16, 2015** |
|---|---|---|---|
| **MARETA JOAN CHILDS** | | | |
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) _____ | | X **/s/ MARETA JOAN CHILDS** | **March 16, 2015** |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re   **GARY ARTHUR CHILDS**
  **MARETA JOAN CHILDS**             Case No. _____

                       Debtor(s)        Chapter    **7**

# DECLARATION

We, **GARY ARTHUR CHILDS and MARETA JOAN CHILDS** , do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of __**10**__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:   **March 16, 2015**             **/s/ GARY ARTHUR CHILDS**
                                         **GARY ARTHUR CHILDS**
                                         Signature of Debtor

Date:   **March 16, 2015**             **/s/ MARETA JOAN CHILDS**
                                           **MARETA JOAN CHILDS**
                                         Signature of Debtor

Date:   **March 16, 2015**             **/s/ Ross Meiners**
                                           Signature of Attorney
                                         **Ross Meiners**
                                         **Meiners Law Office, PLC**
                                         **2 E. Congress St.**
                                         **Suite 900**
                                         **Tucson, AZ 85701**
                                         **520-777-2198   Fax: 520-202-7317**

MML-5

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

CHILDS, GARY and MARETA -

ADI
PO BOX 731340
DALLAS TX 75373

ADVANCED LOCK
1110 W PRINCE RD
TUCSON AZ 85705

AIR MANAGEMENT
5649 E ROSEWOOD ST
TUCSON AZ 85711

ALMO PROFESSIONAL A/V LLC
PO BOX 347761
PITTSBURGH PA 15251

AMERICAN EXPRESS
PO BOX 3001
16 GENERAL WARREN BLVD
MALVERN PA 19355

AMERICAN MESSAGING
PO BOX 5719
CAROL STREAM IL 60197-5479

AMEX
PO BOX 981540
EL PASO TX 79998-1540

ANIXTER
PO BOX 847428
DALLAS TX 75284-7428

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29070
PHOENIX AZ 85038

ARIZONA DEPARTMENT OF TRANSPORTATION
MVD
4005 N 51ST AVE
PHOENIX AZ 85031

ARIZONA ELECTRIC SUPPLY
3310 E GAS ROAD STE 100
TUCSON AZ 85714

CHILDS, GARY and MARETA -

ATLANTIC CREDIT & FINANCE
PO BOX 12966
ROANOKE VA 24030

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
P.O. BOX 8801
WILMINGTON DE 19899

BAYVIEW FINANCIAL LOAN
BANKRUPTCY DEPT
4425 PONCE DE LEON BLVD 5TH FL
MIAMI FL 33146

BERKSHIRE HATHAWAY GUARD
PO BOX A-H
16 S. RIVER ST
WILKES BARRE PA 18703

BERKSHIRE HATHAWAY INTERGUARD INSURANCE
PO BOX 785570
PHILADELPHIA PA 19178

BEST BUY BUSINESS ADVANTAGE
PO BOX 731247
DALLAS TX 75373-1274

BLUE BOOK
PO BOX 500
JEFFERSON VALLEY NY 10535

BROWN & JOSEPH
PO BOX 59838
SCHAUMBURG IL 60159

CAPITAL MANAGEMENT SERVICES
698 1/2 S. OGDEN ST
BUFFALO NY 14206

CDW DIRECT
PO BOX 75723
CHICAGO IL 60675

CHILDS, GARY and MARETA -


CENTURYLINK
PO BOX 29040
PHOENIX AZ 85038


CHASE MTG
PO BOX 24696
COLUMBUS OH 43224


CITIBANK/THE HOME DEPOT
CITICORP CREDIT SRVS/CENTRALIZED BANKRUP
PO BOX 790040
SAINT LOUIS MO 63179


CLIENT SERVICES, INC.
3451 HARRY TRUMAN BLVD
SAINT CHARLES MO 63301-4047


COMMERICAL COLLECTION CORP OF NY
34 SEYMOUR STREET
TONAWANDA NY 14150


COMMUNICATIONS SUPPLY CORP
3462 SOLUTION CENTER DR
CHICAGO IL 60677-3004


CONVERGENT OUTSOURCING
PO BOX 9004
RENTON WA 98057-9004


COPPER STATE BOLT 7 NUT CO
3622 N 24TH ST
PHOENIX AZ 85017


COPS MONITORING
PO BOX 836
WILLIAMSTOWN NJ 08094


CRECO RENTAL
919 W SILVERLAKE ROAD
TUCSON AZ 85713


CRESCENT ELECTRIC
PO BOX 500
EAST DUBUQUE IL 61025-4418

CHILDS, GARY and MARETA -


CRESTON ELECTRONICS, INC.
PO BOX 932917
ATLANTA GA 31193-2917


D&S, LTD
13809 RESEARCH BLVD , SUITE 800
AUSTIN TX 78750


EMERALD AR
1850 N. CENTRAL AVE #1010
PHOENIX AZ 85004


ENHANCED RECOVERY COMPANY LLC
PO BOX 23870
JACKSONVILLE FL 32241-3870


ERV'S EQUIPMENT RENTAL, INC.
4469 E FIFTH ST
TUCSON AZ 85711


EXTRON ELECTRONICS
PO BOX 513206
LOS ANGELES CA 90051


FEDEX
PO BOX 7221
PASADENA CA 91109


FINANCIAL PACIFIC LEASING
3455 S 344TH WAY #300
AUBURN WA 98001


FINANCIAL PACIFIC LEASING
PO BOX 749642
LOS ANGELES CA 90074


FIRST INSURANCE FUNDING CORP
OP BOX 66468
CHICAGO IL 60666-0468


FORA FINANCIAL
242 W 36TH ST, 14TH FLOOR
NEW YORK NY 10018

CHILDS, GARY and MARETA -

FORD MOTOR CREDIT COMPANY
PO BOX 7172
PASADENA CA 91109

FORD MOTOR CREDIT COMPANY
PO BOX 6508
MESA AZ 85216

GECRB/LOWES
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA 30076

GOLDMAN, WALKER & DIMARCO
6303 E TANQUE VERDE RD #110
TUCSON AZ 85715

GRAINGER
DEPT 865458343
PO BOX 419267
KANSAS CITY MO 64141-6267

GRAYBAR
FILE 57072
LOS ANGELES CA 90074

GRAYBAR
3350 WEST EARLL DRIVE
PHOENIX AZ 85017

GUARD INSURANCE GROUP
PO BOX 59838
SCHAUMBURG IL 60159

H&E EQUIPMENT SERVICES
6155 S CAMPBELL AVE
TUCSON AZ 85706

HAMMERMAN & HULTGREN, PC
3101 N. CENTRAL AVE.
SUITE 500
PHOENIX AZ 85012

CHILDS, GARY and MARETA -


HOME DEPOT CREDIT SERVICES
DEPT 32-2505159818
PO BOX 183175
COLUMBUS OH 43218


INTERGUARD, LTD
PO BOX 62479
BALTIMORE MD 21264-2479


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 21126
PHILADELPHIA PA 19114-0326


JACK FURRIER'S
PO BOX 26911
TUCSON AZ 85726


JOHN B RUDY
PO BOX 844165
LOS ANGELES CA 90084


LAW OFFICE OF THOMAS LYNN BUSBY
5670 N 12TH ST
PHOENIX AZ 85014


LOGIN
4003 E SPEEDWAY STE 119
TUCSON AZ 85712


LOWES BUSINESS ACCT
PO BOX 530970
ATLANTA GA 30353


MAHONEY GROUP
20410 N 19TH AVE STE 170
PHOENIX AZ 85027


MCA INTERNATIONAL
125 S WACKER DR STE 1210
CHICAGO IL 60606


MESA COUNTY
544 ROOD AVENUE
GRAND JUNCTION CO 81501

CHILDS, GARY and MARETA -


MONUMENT VISTA HOMEOWNERS ASSOCIATION
1870 WEST PRINCE ROAD, SUITE #47
TUCSON AZ 85705


MOSS ADAMS LLP
PO BOX 748369
LOS ANGELES CA 90074


NISSAN MOTOR ACCEPTANCE
POB 660366
DALLAS TX 75266


NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT
4285 GENESSSE ST
BUFFALO NY 14225-1943


OSCHMANN ESS
3360 S PALO VERDE
TUCSON AZ 85713


PAYMENT REMITANCE CENTER
PO BOX 54349
LOS ANGELES CA 90054-0349


PIMA COUNTY
32 N. STONE AVENUE
SUITE 2100
TUCSON AZ 85701


PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
PO BOX 41067
NORFOLK VA 23541


PORTFOLIO RECOVERY ASSOCIATES
PO BOX 12914
NORFOLK VA 23541


PREMIERE VACATION COLLECTIONS
ASSESSMENT FEE DEPARTMENT
10600 WEST CHARLESTON BOULEVARD
LAS VEGAS NV 89135

CHILDS, GARY and MARETA -

PREMIRE VACATION OWNERS ASSOCIATION
DIAMOND RESORTS
PO BOX 863596
ORLANDO FL 32886-3596

PROGRESSIVE
PO BOX 105428
ATLANTA GA 30348

RECEIVABLES CONTROL CORPORATION
7373 KIRKWOOD COURT, SUITE 200
OSSEO MN 55369

RED HAWK FIRE & SECURITY
ATTN ACCOUNT PAYABLE
2705 MEDIA CENTER DRIVE
LOS ANGELES CA 90065

RED RIVER
21 WATER ST, SUITE 500
CLAREMONT NH 03743

RENT TELCO
PO BOX 45075
SAN FRANCISCO CA 94145

RMS
PO BOX 26446
HENRICO VA 23233

SHARP BUSINESS SYSTEMS
DEPT 1205
PO BOX 121205
DALLAS TX 75312-1205

SHIRLEY'S PLAN SERVICE
425 S PLUMER
TUCSON AZ 85719

SMYYTH COLLECTIONS LLC
51 CRAGWOOD ROAD SUITE 201
SOUTH PLAINFIELD NJ 07080

CHILDS, GARY and MARETA -


SNAP AV
1800 CONTINENTAL BLVD, SUITE 200
CHARLOTTE NC 28273


SYNCBLOWBRCP
P.O. BOX 965005
ORLANDO FL 32896


SYNCHRONY BANK
PO BOX 965004
ORLANDO FL 32896-5004


THE HARTFORD
ONE HARTFORD PLAZE
HARTFORD CT 06155


TIN CUP PROPERTIES
6262 N CAMION VERDE
TUCSON AZ 85743


TOMARCO
14848 NORTHAM ST
LA MIRADA CA 90638


TRAVELERS INSURANCE
C/O RMS
9954 MAYLAND DR STE 6100
HENRICO VA 23233


UNICOA
GLENDALE INDUSTRIAL SUPPLY
2121 N 23RD AVE
PHOENIX AZ 85009


UNITED RENTALS
CREDIT OFFICE #586 FILE 51122
LOS ANGELES CA 90074-1122


US BANK
PO BOX 790408
SAINT LOUIS MO 63179-0408


VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108

CHILDS, GARY and MARETA -


WACHAREN PERRAULT
4273 N WINDRIDGE
TUCSON AZ 85749


WELLS FARGO
1 HOME CAMPUS X2303-01A
DES MOINES IA 50326


WELLS FARGO BANK
PO BOX 29746
PHOENIX AZ 85038


WELLS FARGO BANK
100 W. WASHINGTON ST, 22ND FLOOR
PHOENIX AZ 85003


WELLS FARGO BANK
MAC #S4101-050
PO BOX 29746
PHOENIX AZ 85038


WELLS FARGO BANK BUSINESS DIRECT DIV.
MAC S4101-050
PO BOX 29482
PHOENIX AZ 85038-8650


WELLS FARGO CARD SERVICES
PO BOX 30086
LOS ANGELES CA 90030


WELLS FARGO FINANCIAL LEASING
PO BOX 6434
CAROL STREAM IL 60197-6434


WELLS FARGO MERCHANT SERVICES
5251 WESTHEIMER RD
HOUSTON TX 77056-5404


ZWICKER & ASSOCIATES
1225 W WASHINGTON ST, STE 110
TEMPE AZ 85281

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **GARY ARTHUR CHILDS**

Debtor 2    **MARETA JOAN CHILDS**
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Arizona

Case number
(if known)

</td><td>

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

# Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

     ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm**<br>Gross receipts (before all deductions)    $ _____<br>Ordinary and necessary operating expenses    -$ _____<br>Net monthly income from a business, profession, or farm $ _____   **Copy here ->** | $ _____ | $ _____ |
| 6. | **Net income from rental and other real property**<br>Gross receipts (before all deductions)    $ _____<br>Ordinary and necessary operating expenses    -$ _____<br>Net monthly income from rental or other real property   $ _____   **Copy here ->** | $ _____ | $ _____ |
| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you _____ $ _____

For your spouse _____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ _____  $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. _____ | $ _____ | $ _____ |
| 10b. _____ | $ _____ | $ _____ |
| 10c. Total amounts from separate pages, if any. | + $ _____ | $ _____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  + $ _____  = $ _____

Total current monthly income

---

**Part 2:**   Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ................... **Copy line 11 here=>**   12a. $ _____

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [ _____ ]

Fill in the number of people in your household.   [ _____ ]

Fill in the median family income for your state and size of household. .......................   13. $ _____

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

---

**Part 3:**   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ GARY ARTHUR CHILDS**                          X **/s/ MARETA JOAN CHILDS**
 **GARY ARTHUR CHILDS**                                **MARETA JOAN CHILDS**
 Signature of Debtor 1                                 Signature of Debtor 2

Date **March 16, 2015**                               Date **March 16, 2015**
 MM / DD / YYYY                                        MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

Case 4:15-bk-02793-BMW   Doc 1   Filed 03/17/15   Entered 03/17/15 08:28:39   Desc
Main Document      Page 86 of 90

Fill in this information to identify your case:

Debtor 1    **GARY ARTHUR CHILDS**

Debtor 2    **MARETA JOAN CHILDS**
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Arizona

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 22A - 1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1:**    **Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

    ■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

    ☐ Yes.   Go to Part 2.

**Part 2:**    **Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.    Go to line 3.

    ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
    10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

         ☐ No.    Go to line 3.

         ☐ Yes.   Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.    Complete Form 22A-1. Do not submit this supplement.

    ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

         ☐ No.    Complete Form 22A-1. Do not submit this supplement.

         ☐ Yes.   Check any one of the following categories that applies:

             ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.

             ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on _____ ,which is fewer than 540 days before I file this bankruptcy case.

             ☐ **I am performing a homeland defense activity for at least 90 days.**

             ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____ ,which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. you then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td>

**Fill in this information to identify your case:**

Debtor 1    **GARY ARTHUR CHILDS**

Debtor 2    **MARETA JOAN CHILDS**
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Arizona

Case number
(if known)

</td><td>

**Check one box only as directed in this form and in Form 22A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

# Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income     12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

> **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm**<br>Gross receipts (before all deductions)    $ _____<br>Ordinary and necessary operating expenses   -$ _____<br>Net monthly income from a business, profession, or farm $ _____   **Copy here ->** $ _____ | | $ _____ |
| 6. | **Net income from rental and other real property**<br>Gross receipts (before all deductions)    $ _____<br>Ordinary and necessary operating expenses   -$ _____<br>Net monthly income from rental or other real property   $ _____   **Copy here ->** $ _____ | | $ _____ |
| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount received was a benefit under the Social Security Act. Instead, list it here:

For you _____ $ _____

For your spouse _____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____    $ _____    $ _____

10b. _____    $ _____    $ _____

10c. Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____ **Total current monthly income**

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .......... **Copy line 11 here=>**    12a. $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household. ..........    13. $ _____

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

| **Part 3:** | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ GARY ARTHUR CHILDS**    **X /s/ MARETA JOAN CHILDS**

**GARY ARTHUR CHILDS**    **MARETA JOAN CHILDS**
Signature of Debtor 1    Signature of Debtor 2

Date **March 16, 2015**    Date **March 16, 2015**
MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1 **GARY ARTHUR CHILDS**

Debtor 2 **MARETA JOAN CHILDS**
(Spouse, if filing)

United States Bankruptcy Court for the: District of Arizona

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 22A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1: | Identify the Kind of Debts You Have |

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes.   Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Go to line 3.

       ☐ Yes.   Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Complete Form 22A-1. Do not submit this supplement.

       ☐ Yes.   Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on _____,which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____,which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy